In the Matter of DANIEL JONES, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent.

Submitted January 9, 2006; decided March 28, 2006

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.

In the Matter of THOMAS RILEY, Appellant, v RONALD W. MOSCICKI, Respondent.

Submitted February 21, 2006; decided March 28, 2006

Motion for reargument denied [see 6 NY3d 703]. Motion for poor person relief dismissed as academic.

In the Matter of MICHAEL RODRIGUEZ, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent.

Submitted January 9, 2006; decided March 28, 2006

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.